```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 15580
   JUN DARYL G ESUERTE
   MARIA LOURDES ESUERTE                        CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7020     SSN XXX-XX-8771

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/20/2004 and was confirmed 06/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 11/25/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
HOUSEHOLD FINANCE CORP     CURRENT MORTG       .00              .00            .00
HOUSEHOLD FINANCE CORP     CURRENT MORTG       .00              .00            .00
WASHINGTON MUTUAL          CURRENT MORTG   1476.66              .00        1476.66
INTERNAL REVENUE SERVICE   PRIORITY       75509.69              .00       75509.69
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED       1045.61              .00         104.56
ROUNDUP FUNDING LLC        UNSECURED        595.12              .00          59.51
ROUNDUP FUNDING LLC        UNSECURED       1050.98              .00         105.10
ECAST SETTLEMENT CORP      UNSECURED       2262.78              .00         226.28
ECAST SETTLEMENT CORP      UNSECURED       2444.87              .00         244.49
FDS BANK - BLOOMINGDALES   UNSECURED        583.20              .00          58.32
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00            .00
CARSON PIRIE SCOTT         UNSECURED        629.76              .00          62.98
CITI FINANCIAL             UNSECURED        531.16              .00          53.12
EMERGE MASTERCARD          UNSECURED       4759.60              .00         475.96
EXPRESS                    UNSECURED       NOT FILED            .00            .00
HOUSEHOLD BANK             UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        733.18              .00          73.32
RETAILERS NATIONAL BANK    UNSECURED        153.02              .00          15.30
RETAILERS NATIONAL BANK    UNSECURED        332.12              .00          33.21
ECAST SETTLEMENT CORP      UNSECURED       6633.95              .00         663.40
MGIC CREDIT ASSURANCE CO   UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED      11619.84              .00        1161.98
STRUCTURE                  UNSECURED       NOT FILED            .00            .00
TARGET RETAILERS NATIONA   UNSECURED       NOT FILED            .00            .00
TCF NATIONAL BANK          UNSECURED       3233.16              .00         323.32
VICTORIAS SECRET           UNSECURED       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED       1164.52              .00         116.45
JOSEPH WROBEL              DEBTOR ATTY     2,194.00                        2,194.00
TOM VAUGHN                 TRUSTEE                                         4,740.90
DEBTOR REFUND              REFUND                                             29.45


               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 15580 JUN DARYL G ESUERTE & MARIA LOURDES ESUERTE
```

Summary of Receipts and Disbursements:

```
                           RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                    87,728.00

PRIORITY                                      75,509.69
SECURED                                        1,476.66
UNSECURED                                      3,777.30
ADMINISTRATIVE                                 2,194.00
TRUSTEE COMPENSATION                           4,740.90
DEBTOR REFUND                                     29.45
                         ---------------    ---------------
TOTALS                     87,728.00          87,728.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE